Maschoff Brennan Gilmore
   Israelsen & Mauriel, LLP
Sterling A. Brennan (USBN 10060)
   *sbrennan@mabr.com*
L. Rex Sears (USBN 8548)
   *rsears@mabr.com*
95 South State Street, Suite 800
Salt Lake City, UT 84111
(801) 297-1850

Dhillon Law Group Inc.
Andrew K. Mann (*pro hac vice*)
   *akmann@dhillonlaw.com*
Christopher G. Renner (*pro hac vice*)
   *cgrenner@dhillonlaw.com*
Jonathan M. Shaw (*pro hac vice*)
   *jshaw@dhillonlaw.com*
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(415) 433-1700

Attorneys for Plaintiff Homie Technology, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., etc.,<br><br>           Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, etc., et al.,<br><br>           Defendants. | Case No. 2:24-cv-00616-DAK-JCB<br><br>**Notice of Dismissal of Complaint as Against Defendant Wasatch Front Regional Multiple Listing Service, Inc. Without Prejudice**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>District Judge:   Hon. Dale A. Kimball<br>Magistrate Judge:   Hon. Jared C. Bennett |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

ATTOREYS OF RECORD IN THE ABOVE-CAPTIONED ACTION (the "Action"):

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, plaintiff Homie Technology, Inc. ("Homie"), by and through its attorneys of

record in the Action, hereby dismisses its Complaint (Document No. 1) and all claims asserted

therein asserted as against defendant Wasatch Front Regional Multiple Listing Service, Inc., doing

business as UtahRealEstate.com ("URE"), without prejudice. This dismissal applies only as against URE but no other defendant in the Action.

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully submitted, |
| | Sterling A. Brennan<br>L. Rex Sears<br>MASCHOFF BRENNAN<br>　GILMORE ISRAELSEN & MAURIEL, LLP |
| | Andrew K. Mann<br>Christopher G. Renner<br>Jonathan M. Shaw<br>DHILLON LAW GROUP, INC. |
| | */s/ Sterling A. Brennan*<br>　Sterling A. Brennan |
| | Attorneys for Plaintiff HOMIE TECHNOLOGY, INC. |