JOHN J. NIELSEN (11736)
SCHAERR | JAFFE
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (202) 787-1060
E-mail: jnielsen@schaerr-jaffe.com

*Counsel for Defendant National Association of Realtors*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| HOMIE TECHNOLOGY, INC.<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS; ANYWHERE REAL ESTATE INC.; KELLER WILLIAMS REALTY, INC.; HOMESERVICES OF AMERICA, INC.; HSF AFFILIATES LLC; RE/MAX LLC<br><br>    Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:24-cv-00616-DAK-JCB<br><br>District Judge Dale A. Kimball |

John J. Nielsen withdraws as co-counsel for Defendant National Association of Realtors (NAR) in the above-entitled action. DUCiv.R 83-1.4(b). Mr. Nielsen has been appointed to be a district court judge for the State of Utah. NAR remains represented by several counsel who have already appeared. Those counsel are aware of and will comply with all pending deadlines, hearings, and trial dates.

**Submitted** this **26th** day of November, 2024.

/s/ *John J. Nielsen*
JOHN J. NIELSEN
SCHAERR | JAFFE
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 26, 2024, a true and accurate copy of the foregoing Withdrawal of Counsel was filed using the Court's electronic filing system and that the following were served via email:

Sterling Aurthur Brennan
sbrennan@mabr.com
Lannie Rex Sears
rsears@mabr.com
Andrew K. Mann
akmann@dhillonlaw.com
Christopher G. Renner
cgrenner@dhillonlaw.com
Jonathan M. Shaw
jshaw@dhillonlaw.com
*Counsel for Plaintiff Homie Technology, Inc.*

Juliette P. White
jwhite@parsonsbehle.com
Hannah J. Ector
hector@parsonsbehle.com
*Counsel for Defendant Re/Max*

                                        */s/ John J. Nielsen*
                                        John J. Nielsen
                                        Schaerr | Jaffe