<div style="columns:2">

MASCHOFF BRENNAN
  GILMORE ISRAELSEN & MAURIEL, LLP
Sterling A. Brennan (USBN 10060)
  sbrennan@mabr.com
L. Rex Sears (USBN 8548)
  rsears@mabr.com
95 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 297-1850

DHILLON LAW GROUP INC.
Andrew K. Mann (*pro hac vice*)
  akmann@dhillonlaw.com
Christopher G. Renner (*pro hac vice*)
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (*pro hac vice*)
  jshaw@dhillonlaw.com
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (415) 433-1700

</div>

Attorneys for Plaintiff
HOMIE TECHNOLOGY, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, an Illinois non-profit association; ANYWHERE REAL ESTATE INC., a Delaware corporation; KELLER WILLIAMS REALTY, INC., a Texas corporation; HOMESERVICES OF AMERICA, INC., a Delaware corporation; HSF AFFILIATES LLC, a Delaware limited liability company; and RE/MAX, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00616-DAK-JCB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF *BURNETT* JURY VERDICT, IN SUPPORT OF AMENDED AND SUPPLEMENTAL CONTINGENT MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>**(Declaration of Sterling A. Brennan and Plaintiff's Amended and Supplemental Contingent Motion for Jurisdictional Discovery filed herewith)**<br><br><u>Hearing on Defendants' Motions to Dismiss</u>:<br>Date:　Thursday, February 13, 2025<br>Time:　2:00 p.m.<br>Place:　Via Zoom<br><br>District Judge:　　Hon. Dale A. Kimball<br>Magistrate Judge:　Hon. Jared C. Bennett |

Plaintiff Homie Technology, Inc., by and through its undersigned attorneys of record, hereby requests pursuant to Rule 201 of the Federal Rules of Evidence, and in support of its concurrently filed "Amended and Supplemental Contingent Motion for Jurisdictional Discovery," that the above-entitled Court take judicial notice of the jury Verdict Form in *Burnett v. Nat'l Assoc. of Realtors*, No. 4:19-cv-00332 (W.D. Mo. Oct. 31, 2023), ECF 1294, a true and correct copy of which is attached as Exhibit A to the concurrently filed Declaration of Sterling A. Brennan. *See Bruce v. City & Cnty. of Denver*, 57 F.4th 738, 742 (10th Cir. 2023) ("a federal court may take judicial notice of another court's publicly filed records if they have a direct relation to matters at issue.").

Dated: January 3, 2025

Respectfully submitted,

Sterling A. Brennan
L. Rex Sears
MASCHOFF BRENNAN
    GILMORE ISRAELSEN & MAURIEL, LLP

Andrew K. Mann
Christopher G. Renner
Jonathan M. Shaw
DHILLON LAW GROUP, INC.

*/s/ Sterling A. Brennan*
    Sterling A. Brennan

Attorneys for Plaintiff HOMIE TECHNOLOGY, INC.