Jason W. Hardin, USB #8793
FABIAN VANCOTT
95 South State, Suite 2300
Salt Lake City, UT 84111
Tel: 801.323.2235
jhardin@fabianvancott.com

*Attorneys for Defendant Anywhere Real Estate Inc.*
(additional counsel admitted *pro hac vice* listed in signature block)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, an Illinois non-profit association; ANYWHERE REAL ESTATE INC., a Delaware corporation; KELLER WILLIAMS REALTY, INC., a Texas corporation; HOMESERVICES OF AMERICA, INC., a Delaware corporation; HSF AFFILIATES, LLC, a Delaware limited liability company; RE/MAX LLC, a Delaware limited liability company; and WASATCH FRONT REGIONAL MULTIPLE LISTING SERVICE, INC., a Utah corporation,<br><br>        Defendants. | **DEFENDANT ANYWHERE REAL ESTATE INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF BURNETT JURY VERDICT, IN SUPPORT OF AMENDED AND SUPPLEMENTAL CONTINGENT MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>[Oral Argument for Motions to Dismiss (Dkts. 69, 70, 71, 72, 74) Scheduled via Zoom on 2/13/2025 at 02:00 PM]<br><br>Case No. 2:24-cv-00616-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

Defendant Anywhere Real Estate Inc. ("**Anywhere**") respectfully submits this response to Plaintiff's Request for Judicial Notice of *Burnett* Jury Verdict, in Support of Amended and Supplemental Contingent Motion for Jurisdictional Discovery (Dkt. 95) (the "**Request for Judicial Notice**").

Anywhere has not moved to dismiss on personal jurisdiction grounds and therefore takes no position regarding Plaintiff's Amended and Supplemental Contingent Motion for Jurisdictional Discovery (Dkt. 94) and related Request for Judicial Notice. Nevertheless, out of an abundance of caution, Anywhere writes separately to inform the Court that it entered into a settlement agreement with the Burnett plaintiffs **before** trial in that case, and therefore did not participate in the trial that precipitated the subject jury verdict. *Burnett v. Nat'l Ass'n of Realtors*, Case No. 4:19-CV-00332-SRB (W.D. Mo.), Dkt. 1192-3. Moreover, Anywhere's settlement agreement specifically provides that any rulings or judgments that occurred after the date of the settlement are not binding on Anywhere. *Id.* at ¶47. As a result, the *Burnett* jury verdict has no relevance to Anywhere and should not be considered in this case for any purpose with respect to Anywhere or Anywhere's pending Motion to Dismiss (Dkt. 71).

| | |
|---|---|
| Dated January 10, 2025 | Respectfully submitted, |
| | /s/ Jason W. Hardin |
| | |
| | Aaron Van Oort, *pro hac vice* |
| | Kevin Wagner, *pro hac vice* |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 2200 Wells Fargo Center |
| | 90 S. 7th Street |
| | Minneapolis, MN 55402 |
| | (612) 766-7000 |
| | aaron.vanoort@faegredrinker.com |
| | kevin.wagner@faegredrinker.com |
| | |
| | Josh Mahoney, *pro hac vice* |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 320 S Canal St. |
| | Suite 3300 |
| | Chicago, IL 60606 |
| | (312) 212-6500 |
| | josh.mahoney@faegredrinker.com |
| | |
| | Paul Saint-Antoine, *pro hac vice* |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1 Logan Square # 2000 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | paul.saint-antoine@faegredrinker.com |
| | |
| | Stacey Anne Mahoney, *pro hac vice* |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | (212) 309-6000 |
| | stacey.mahoney@morganlewis.com |
| | |
| | Kenneth Michael Kliebard, *pro hac vice* |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 110 North Wacker Drive |
| | Chicago, IL 60606 |
| | (312) 324-1000 |
| | kenneth.kliebard@morganlewis.com |

William T. McEnroe, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5001
william.mcenroe@morganlewis.com

Jason W. Hardin USB #8793
FABIAN VANCOTT
95 South State, Suite 2300
Salt Lake City, UT 84111
801-323-2235
jhardin@fabianvancott.com

*Attorneys for Defendant Anywhere Real Estate Inc.*

4