Thomas R. Lee (Utah Bar No. 5991)
SCHAERR | JAFFE LLP
299 S. Main Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
tlee@schaerr-jaffe.com

*Counsel for Defendant*
*National Association of Realtors*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; ANYWHERE REAL ESTATE INC.; KELLER WILLIAMS REALTY, INC.; HOMESERVICES OF AMERICA, INC.; HSF AFFILIATES LLC; RE/MAX LLC, <br><br> Defendants. | **MOTION FOR *PRO HAC VICE* ADMISSION** <br><br> Case No. 2:24-cv-00616-DAK-JCB <br><br> District Judge Dale A. Kimball <br><br> Mag. Judge Jared C. Bennett |

Pursuant to Local Rule 83-1.1(c), the undersigned counsel moves for the *pro hac vice* admission of Aseem Chipalkatti as counsel for Defendant National Association of Realtors. I am an active member of this Court's bar and consent to serve as local counsel.

Mr. Chipalkatti's application and a proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I

have verified with Mr. Chipalkatti that the information contained in his application is true and accurate.

Dated: February 18, 2025                Respectfully submitted,

*/s/ Thomas R. Lee*
Thomas R. Lee (Utah Bar No. 5991)
SCHAERR | JAFFE LLP
299 S. Main Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
tlee@schaerr-jaffe.com

*Counsel for Defendant*
*National Association of Realtors*