# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; ANYWHERE REAL ESTATE INC.; KELLER WILLIAMS REALTY, INC.; HOMESERVICES OF AMERICA, INC.; HSF AFFILIATES LLC; RE/MAX LLC, <br><br> Defendants. | **ORDER GRANTING *PRO HAC VICE* ADMISSION** <br><br> Case No. 2:24-cv-00616-DAK-JCB <br><br> District Judge Dale A. Kimball <br><br> Mag. Judge Jared C. Bennett |

Before the Court is Local Counsel's Motion for *Pro Hac Vice* Admission of Aseem Chipalkatti. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 18th day of February 2025.

BY THE COURT:

_____
Dale A. Kimball
U.S. District Judge