| | |
|---|---|
| Sterling A. Brennan (USBN 10060) | Andrew K. Mann (*pro hac vice*) |
| *sbrennan@mabr.com* | *akmann@dhillonlaw.com* |
| L. Rex Sears (USBN 8548) | Christopher G. Renner (*pro hac vice*) |
| *rsears@mabr.com* | *cgrenner@dhillonlaw.com* |
| MASCHOFF BRENNAN | Jonathan M. Shaw (*pro hac vice*) |
|   GILMORE ISRAELSEN & MAURIEL, LLP | *jshaw@dhillonlaw.com* |
| 95 South State Street, Suite 800 | DHILLON LAW GROUP INC. |
| Salt Lake City, UT 84111 | 2121 Eisenhower Avenue, Suite 608 |
| Telephone: (801) 297-1850 | Alexandria, VA 22314 |
| | Telephone: (415) 433-1700 |

Attorneys for Plaintiff HOMIE TECHNOLOGY, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., a Delaware corporation, | Case No. 2:24-cv-00616-DAK-JCB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS AGAINST DEFENDANT KELLER WILLIAMS REALTY, INC. ONLY** |
| v. | |
| NATIONAL ASSOCIATION OF REALTORS, an Illinois non-profit association; ANYWHERE REAL ESTATE INC., a Delaware corporation; KELLER WILLIAMS REALTY, INC., a Texas corporation; HOMESERVICES OF AMERICA, INC., a Delaware corporation; HSA AFFILIATES, LLC, a Delaware limited liability company; and RE/MAX LLC, a Delaware limited liability company, | |
| Defendants. | District Judge:   Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Jared C. Bennett |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Homie

Technology, Inc. ("Homie"), by and through its attorneys of record in the above-captioned action

(the "Action"), hereby gives notice that Homie's Complaint (ECF 1) and the Action are hereby

dismissed with prejudice as against defendant Keller Williams Realty, LLC formerly known as Keller Williams Realty, Inc.

For the avoidance of doubt, this notice of dismissal does not in any way apply to or affect Homie's claims in the Action against any of the other Defendants, which remain pending. *See Van Leeuwen v. Bank of America, N.A.*, 304 F.R.D. 691, 697 (D. Utah 2015) (Judge Waddoups "allowing a plaintiff to use Rule 41(a) to dismiss all claims against one of multiple defendants, thus dismissing the defendant from the case.")

| | |
|---|---|
| Dated: April 2, 2025 | Respectfully submitted, |
| | Sterling A. Brennan<br>MASCHOFF BRENNAN<br>   GILMORE ISRAELSEN & MAURIEL LLP |
| | Andrew K. Mann<br>Christopher G. Renner<br>Jonathan M. Shaw<br>DHILLON LAW GROUP INC. |
| | By: /s/ *Sterling A. Brennan*<br>    Sterling A. Brennan |
| | Attorneys for Plaintiff<br>HOME TECHNOLOGY, INC. |