| | |
|---|---|
| Sterling A. Brennan (USBN 10060)    sbrennan@mabr.com  L. Rex Sears (USBN 8548)    rsears@mabr.com  MASCHOFF BRENNAN    GILMORE ISRAELSEN & MAURIEL, LLP  95 South State Street, Suite 800  Salt Lake City, UT 84111  Telephone: (801) 297-1850 | Andrew K. Mann (*pro hac vice*)    akmann@dhillonlaw.com  Christopher G. Renner (*pro hac vice*)    cgrenner@dhillonlaw.com  Jonathan M. Shaw (*pro hac vice*)    jshaw@dhillonlaw.com  DHILLON LAW GROUP INC.  2121 Eisenhower Avenue, Suite 608  Alexandria, VA 22314  Telephone: (415) 433-1700 |

Attorneys for Plaintiff HOMIE TECHNOLOGY, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOMIE TECHNOLOGY, INC., a Delaware corporation,  Plaintiff,  v.  NATIONAL ASSOCIATION OF REALTORS, an Illinois non-profit association; ANYWHERE REAL ESTATE INC., a Delaware corporation; KELLER WILLIAMS REALTY, INC., a Texas corporation; HOMESERVICES OF AMERICA, INC., a Delaware corporation; HSA AFFILIATES, LLC, a Delaware limited liability company; and RE/MAX LLC, a Delaware limited liability company,  Defendants. | Case No. 2:24-cv-00616-DAK-JCB  **PLAINTIFF'S NOTICE OF APPEAL**  District Judge:    Hon. Dale A. Kimball  Magistrate Judge: Hon. Jared C. Bennett |

PLEASE TAKE NOTICE that, pursuant to Rule 4 of the Federal Rules of Appellate

Procedure, plaintiff Homie Technology, Inc. hereby appeals to the United States Court of

Appeals for the Tenth Circuit from the Order Granting Defendants' Motions to Dismiss (ECF No. 116) and final judgment (ECF No. 117) entered in the above-captioned action on July 15, 2025.

Dated: August 7, 2025

Respectfully submitted,

/s/ *Sterling A. Brennan*

Sterling A. Brennan
L. Rex Sears
MASCHOFF BRENNAN
  GILMORE ISRAELSEN & MAURIEL, LLP

Andrew K. Mann
Christopher G. Renner
Jonathan M. Shaw
DHILLON LAW GROUP INC.

Attorneys for PLAINTIFF HOMIE TECHNOLOGY, INC.